176 So. 926

#### Marvin WEBSTER v. STATE.
#### 8 Div. 547.

Court of Appeals of Alabama.
Oct. 26, 1937.

RICE, Judge.
Affirmed.

186 So. 026

#### Robert WEEKS v. STATE.
#### 7 Div. 378.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

181 So. 926

#### Louise WELTON v. STATE.
#### 6 Div. 293.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

177 So. 927

#### Sylvester WESTBROOK v. STATE.
#### 6 Div. 138.

Court of Appeals of Alabama.
Jan. 11, 1938.

PER CURIAM.

Appeal abated on account of death of appellant.

183 So. 925

#### WESTERN UNION TEL. CO. v. Oscar NEWMAN.
#### 6 Div. 359.

Court of Appeals of Alabama.
Aug. 2, 1938.

Cabaniss & Johnston, of Birmingham, for appellant.

Thos. E. Skinner, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

178 So. 927

#### N. E. WHEELER v. STATE.
#### 8 Div. 688.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.